AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 05/01/08 |
| NAME OF SERVER (PRINT) US Post Office | TITLE Sent by: Mary Jo Susienti - Representative |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed Express mail - certified - Return Receipt Requested to: US Attorney For The District of Columbia, 501 Third Street, NW, Washington, DC 20001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/01/08
              Date

Signature of Server: MJ Susienti - Served by Post Office

Address of Server: 7746 85th lane North, Largo, Florida 33777

Case No. 1:08-CV 00265 RWR

RECEIVED
MAY - 5 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 05/01/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| US POST Office | Sent by: Mary Jo Seiseente - Representative |

*Check one box below to indicate appropriate method of service*

 ☐   Served personally upon the defendant. Place where served: _____

_____

 ☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

 ☐   Returned unexecuted: _____

_____

 ☐   Other (specify): Mailed Express mail - Certified - Return Receipt Requested to: Michael Chertoff, Secretary, US Dept of Homeland Security, Washington DC 20528

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   05/01/08
      Date

*Signature of Server:* MJ Suscente - Served by US Post Office

*Address of Server:* 7740 85th Lane North, Largo, Florida 33777

Case No: 1:08-CV 00265

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 05/01/08 |
| NAME OF SERVER (PRINT) US Post Office | TITLE Sent By Mary Jo Senseante |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Mailed Express mail, certified, return receipt requested to
US Attorney
950 Pennsylvania Ave, NW
Washington, DC 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/01/08
    Date

Signature of Server: Served by US Post Office, Sent By
M Senseante

Address of Server: 7740 85th Lane North, Largo, FL 33771

CASE No. 1:08-CV-00265

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.