## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY JO SCISCENTI,**  ) <br> 7740 85th Lane North  ) <br> Largo, Florida 33777  ) <br> (301) 526-9232  ) <br>   ) <br>   ) <br> **Plaintiff,**  ) <br>   ) <br> v.  ) <br>   ) <br> **MICHAEL CHERTOFF, SECRETARY,**  ) <br> U.S. Department of Homeland Security,  ) <br> United States Coast Guard,  ) <br> Washington, D.C.  20528  ) <br>   ) <br> **Defendant.**  ) <br> _____) | Civil  Action  No. 08-0265 (RWR) <br> Electronic Case Filing |

### NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Mercedeh Momeni** as counsel for the Defendant in the above-captioned case.

Respectfully submitted,

__/s/_*Mercedeh Momeni*_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of July 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon Plaintiff by First Class United States mail, postage prepaid, marked for delivery to:

      **MARY JO SCISCENTI**
      7740 85TH Lane North
      Largo, Florida 33777

      __/s/_____
      MERCEDEH MOMENI
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 305-4851
      (202) 514-8780 (facsimile)