# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JO SCISCENTI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 08-0265 (RWR) |
| | ) (ECF) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary, | ) |
| U.S. Department of Homeland Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ANSWER

Defendant, Secretary of U.S. Department of Homeland Security, by and through the undersigned attorneys, respectfully submits the following answer to Plaintiff's Complaint:

## FIST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

In response to the numbered paragraphs of the Complaint, defendant admits, denies or otherwise avers as follows:

1. The allegations contained in this paragraph consist of Plaintiff's jurisdictional statements to which no responses are required. Defendant admits, however, that the Plaintiff was employed in the District of Columbia and decisions made regarding her employment were made therein.

2. The allegations contained in this paragraph consist of conclusions of law and Plaintiff's jurisdictional statements to which no responses are required. To the extent a response may be deemed required, Defendant denies the statements.

3. Deny.

4. Deny.

5. Deny.

6. Deny, except to admit that Plaintiff was transferred to the position of Procurement Analysts, GS-1102-13, where Richard Freethey was her first line supervisor.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Defendant is without sufficient information to either admit or deny the allegations in this paragraph, accordingly, the allegations are denied.

12. Admit the first sentence. Defendant is without sufficient information to either admit or deny the remaining allegations in this subparagraph, accordingly, the allegations are denied.

13. Deny.

14. This paragraph is Plaintiff's demand for a jury trial, not an allegation of fact for which a response is required. To the extent an answer is deemed required, Defendant denies that Plaintiff is entitled to a jury trial for the claims pled in the complaint.

**RELIEF SOUGHT**

1.      Deny.

2.      The remainder of the complaint consists of a demand for judgment, Plaintiff's calculations of alleged losses and prayer for relief, which require no answers. To the extent that an answer is deemed required, Defendant denies that the Plaintiff incurred any losses as a result of its acts or omissions and, further denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

Dated:  July 28, 2008.

                                                    Respectfully submitted,

                                                    _____/s/__*Jeffrey A. Taylor*_____
                                                    JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                                    United States Attorney

                                                  _____/s/__*Rudolph Contreras*_____
                                                   RUDOLPH CONTRERAS, D.C. BAR #434122
                                                   Assistant United States Attorney

                                                  _____/s/_*Mercedeh Momeni*_____
                                                  MERCEDEH MOMENI
                                                  Assistant United States Attorney
                                                  Civil Division
                                                  555 4th Street, N. W.
                                                  Washington, D.C.  20530
                                                  (202) 305-4851

*Of Counsel:*
Linda Banks
Staff Attorney, Office of the Judge Advocate General
U.S. Coast Guard, U.S. Department of Homeland Security
2100 2nd Street, S.W., Room 1507
Washington, D.C.  20593

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July 2008, I caused the foregoing *Answer* to be served on *pro se* Plaintiff via first class mail at:

**MARY JO SCISCENTI**
7740 85TH Lane North
Largo, Florida 33777.

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851